IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO AT COLUMBUS

| | | |
|---|---|---|
| DANIEL BERNSTEIN, Ed.D. | : | Case No.: 2:14-cv-01360 |
| | | JUDGE SARGUS |
| Plaintiff, | : | Magistrate Judge Kemp |
| v. | : | |
| UNIVERSITY OF RIO GRANDE | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

On this day came Plaintiff Daniel Bernstein, Ed.D., by his counsel, Robert H. Miller, II, and Defendant University of Rio Grande, by its counsel, Felix J. Gora, and Rendigs, Fry, Kiely & Dennis, LLP, and hereby announced to the Court that all matters in controversy between the parties have been settled and compromised, and that the parties jointly move the Court to dismiss this action with prejudice.

The Court, being so advised and finding no objection thereto, hereby **ORDERS** that this action be **DISMISSED**, with prejudice. The parties shall bear their own costs and attorney fees.

The Clerk of Court is directed to send certified copies of this Order to all counsel of record.

Entered this ___3rd___ day of ___April___, 2017.

HONORABLE EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:

/S/ Robert H. Miller, II
Robert H. Miller, II
104 Oak Drive, Apt. L
Dunbar, WV 25063

1

304-549-6224
*Trial Attorney for the Plaintiff*
Admitted *Pro Hac Vice*

Approved by:

/S/ Felix J. Gora, with permission
Felix J. Gora (0009970)
RENDIGS, FRY, KIELY & DENNIS, LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202
*Trial Attorney for the Defendant*